**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01199-CR

**MARK MCCAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694-K**

## ORDER

The Court **DENIES** appellant's September 11, 2014 motion to accept the synopsis of trial testimony and the appellant's brief as filed. The inclusion of the 83-pages of testimony in an appendix does not comply with Texas Rule of Appellate Procedure 38.1.

We **GRANT** appellant's September 11, 2014 motion to extend time to file the redrawn brief. We **ORDER** the redrawn brief filed by **OCTOBER 30, 2014**.

/s/      CAROLYN WRIGHT
           CHIEF JUSTICE